Scott D. Rogers (State Bar No. 106209)
srogers@rutan.com
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306-9814
Telephone: (650) 320-1505
Facsimile: (650) 320-9905

Caroline R. Djang (State Bar No. 216313)
cdjang@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: (714) 641-5100
Facsimile: (714) 546-9035

Attorneys for Plaintiff
WESTAMERICA BANK

**FILED**
AUG 5 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTAMERICA BANK, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>TMP SSH OPERATIONS, L.L.C., a Texas limited liability company; RMC MEDSTONE CAPITAL, L.P., a Texas limited partnership; and DOES 1 through 50, inclusive.<br><br>　　　　　　Defendants. | Case No. 2:13-CV-00532-JAM-DAD<br><br>**Assigned to the Hon. John A. Mendez**<br><br>[~~PROPOSED~~] **ORDER RE PLAINTIFF WESTAMERICA BANK'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date Action Filed: January 18, 2013<br>Trial Date: October 26, 2015 |

1  The Motion for Summary Judgment of Plaintiff Westamerica Bank ("Westamerica")
2  against Defendant TMP SSH Operations, LLC ("TMP") and Defendant RMC Medstone Capital,
3  LP ("RMC") came on regularly for hearing on August 5, 2015, at 9:30 a.m. in Courtroom 6 of the
4  above-captioned Court.
5  Having considered the moving and the opposing papers, and the arguments in support
6  thereof, as well as the pleadings on file, and good cause appearing, the Court hereby finds as
7  follows:
8  1. County Bank and TMP entered into a loan agreement by which County Bank
9  loaned TMP $10,000,000.
10  2. TMP acknowledged that the $10,000,000 loan proceeds were disbursed to TMP.
11  3. TMP breached the loan agreement by failing to repay the loan.
12  4. The loan was secured by a perfected security interest in Class B and other
13  membership units in Stanislaus Surgical Hospital, LLC (the "Collateral").
14  5. Westamerica is the successor in interest to County Bank, and the loan is due and
15  payable to Westamerica.
16  6. Westamerica was damaged due to TMP's failure to repay the loan.
17  7. County Bank and RMC entered into a guaranty by which RMC guaranteed the
18  repayment of the loan by TMP.
19  8. RMC failed and refused to repay the Loan pursuant to its guaranty when TMP
20  defaulted in its repayment.
21  9. RMC acknowledged and consented to TMP's loan obligations to Westamerica.
22  10. As a result of TMP's breach of its loan agreement and RMC's breach of its
23  guaranty, Westamerica has suffered damages in an amount to be determined ~~of the remaining principal balance,~~
24  plus the interest, fees and costs associated with the Loan ~~in the amount of $11,030,053.85;~~
25  11. The Court further finds that Westamerica has established all of the elements
26  required for its causes of action against TMP for breach of the loan agreement, for foreclosure of
27  the Collateral, and for recovery of the Collateral, and summary judgment must be granted as to a
28  matter of law.

-1-

2592/029262-0040
8499569.1 a07/07/15

[PROPOSED] ORDER RE PLAINTIFF WESTAMERICA BANK'S MOTION
FOR SUMMARY JUDGMENT

12. The Court further finds that Westamerica has established all of the elements required for its causes of action against RMC for breach of the guaranty.

13. TMP and RMC have failed to provide evidence in support of their opposition showing a triable issue of material fact.

THEREFORE IT IS ORDERED:

1. Westamerica's Motion for Summary Judgment against TMP and RMC is hereby GRANTED;

2. TMP is required to, within 48 hours after receipt of this order, transfer the Collateral to Westamerica and take all actions and execute all documents necessary to effect such a transfer.

3. Westamerica is entitled to sell the Collateral at public or private sale.

4. ~~Judgment shall be entered in favor of Westamerica and against TMP and RMC jointly and severally in the sum of $11,030,053.85 ("Judgment Amount"), which Judgment Amount shall be reduced by the amount of proceeds from the sale of the Collateral by Westamerica, less any fees and costs incurred by Westamerica in selling the Collateral.~~ /JAM/

5. ~~Westamerica is entitled to recover its reasonable attorneys' fees and costs from TMP and RMC.~~

IT IS SO ORDERED.

Dated: August 5, 2015

/s/ John A. Mendez
Hon. John A. Mendez
Judge of the United States District Court