Scott D. Rogers (State Bar No. 106209)
srogers@rutan.com
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California 94306-9814
Telephone: (650) 320-1505
Facsimile: (650) 320-9905

Caroline R. Djang (State Bar No. 216313)
cdjang@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: (714) 641-5100
Facsimile: (714) 546-9035

Attorneys for Plaintiff
WESTAMERICA BANK

Scott A. Slomiak (SBN 148407)
LAW OFFICE OF SCOTT A. SLOMIAK
3950 Civic Center Drive, Suite 230
San Rafael, CA 94903
Tel: (415) 924-8870
Fax: (415) 924-7358

Attorneys for Defendants
TMP SSH OPERATIONS, L.L.C. and
RMC MEDSTONE CAPITAL, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTAMERICA BANK, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TMP SSH OPERATIONS, L.L.C., a Texas limited liability company; RMC Medstone Capital, L.P., a Texas limited partnership; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. 2:13-CV-00532-JAM-DAD<br><br>**STIPULATION AND ORDER STAYING, IN PART, AUGUST 5, 2015 ORDER GRANTING SUMMARY JUDGMENT**<br><br>Date Action Filed: January 18, 2013<br>Trial Date: October 26, 2015 |


1  Plaintiff Westamerica Bank ("Westamerica") and Defendants TMP SSH Operations, LLC
2  and RMC Medstone Capital, L.P. (collectively, "Defendants") hereby stipulate and agree that the
3  Court's Order, filed on August 5, 2015, granting Plaintiff's Motion for Summary Judgment
4  [Document 23] shall be stayed, in part, as follows:

5      Paragraphs 2 and 3 of the Court's Order Granting Summary Judgment (at p. 2:6-10)
6      requiring TMP to, within 48 hours after receipt of the Order, transfer the Collateral to
7      Plaintiff; and entitling Plaintiff to sell the Collateral, are hereby stayed until further written
8      agreement of the Parties.  Alternatively, Plaintiff, upon 48 hours' written notice to
9      Defendants' counsel, may lift the stay and seek to enforce the provisions of the Order.

                            Respectfully submitted,

Dated:  August 11, 2015               RUTAN & TUCKER, LLP

                            By: /s/ Caroline R. Djang
                                Caroline R. Djang
                                Attorneys for Plaintiff
                                WESTAMERICA BANK

Dated:  August 11, 2015               LAW OFFICE OF SCOTT A. SLOMIAK

                            By: /s/ Scott A. Slomiak
                                Scott A. Slomiak
                                Attorneys for Defendants
                                TMP SSH OPERATIONS, L.L.C. and
                                RMC MEDSTONE CAPITAL, L.P.

IT IS SO ORDERED:

DATED:  8/13/2015                   /s/ John A. Mendez
                               Hon. John A. Mendez
                               Judge of the United States District Court