Scott D. Rogers (State Bar No. 106209)
srogers@rutan.com
RUTAN & TUCKER, LLP
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California  94306-9814
Telephone:  (650) 320-1505
Facsimile:  (650) 320-9905

Caroline R. Djang (State Bar No. 216313)
cdjang@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  (714) 641-5100
Facsimile:  (714) 546-9035

Attorneys for Plaintiff
WESTAMERICA BANK

Scott A. Slomiak (SBN 148407)
LAW OFFICE OF SCOTT A. SLOMIAK
3950 Civic Center Drive, Suite 230
San Rafael, CA  94903
Tel:  (415) 924-8870
Fax:  (415) 924-7358

Attorneys for Defendants
TMP SSH OPERATIONS, L.L.C. and
RMC MEDSTONE CAPITAL, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTAMERICA BANK, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TMP SSH OPERATIONS, L.L.C., a Texas limited liability company; RMC MEDSTONE CAPITAL, L.P., a Texas limited partnership; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. 2:13-CV-00532-JAM-DAD<br><br>**Assigned to the Hon. John A. Mendez**<br><br>**STIPULATION AND ORDER ESTABLISHING AMOUNT OF JUDGMENT**<br><br>Date Action Filed:  January 18, 2013<br>Trial Date:  October 26, 2015 |

This Stipulation Establishing Amount of Judgment is entered into by and between Plaintiff Westamerica Bank ("Westamerica"), on the one hand, and Defendant TMP SSH Operations, LLC ("TMP") and Defendant RMC Medstone Capital, LP ("RMC" and collectively with "TMP," the "Defendants") and is based on the following facts:

## RECITALS

1.     The Motion for Summary Judgment (the "Motion") filed by Westamerica against Defendants came on regularly for hearing on August 5, 2015, at 9:30 a.m. in Courtroom 6 of the above-captioned Court.

2.     At the hearing on the Motion, the Court granted the Motion in its entirety, but left the amount of the judgment to be entered against the Defendants to be determined by the parties, if possible.

3.     The Court entered the Order Re Plaintiff Westamerica Bank's Motion for Summary Judgment on August 5, 2015 [Doc. 23] (the "Order").

4.     Westamerica and Defendants agree that, as of the date of the Order, the amount of the judgment against Defendants in Westamerica's favor, consisting of the remaining principal balance, plus the interest, fees and costs associated with the loan at issue in the Motion was $11,030,053.85.

## STIPULATION

NOW, THEREFORE, based upon the foregoing facts and assertions, subject to the approval of the Court, the parties, intending to be bound, hereby stipulate and agree, by and through their respective counsel of record, as follows:

A.     Judgment shall be entered in favor of Westamerica and against TMP and RMC, jointly and severally, in the sum of $11,030,053.85, effective as of August 5, 2015; and

/ / /

/ / /

/ / /

/ / /

/ / /

1    B.    This Stipulation may be executed in one or more counterparts, and facsimile or

2   electronic signatures may be used in filing this document with the Court.

3

4                                      Respectfully submitted,

5

6   Dated:  September 30, 2015          RUTAN & TUCKER, LLP

7
                                        By:  /s/  Caroline R. Djang
8                                            Caroline R. Djang
                                             Attorneys for Plaintiff
9                                            WESTAMERICA BANK

10

11  Dated:  September 30, 2015          LAW OFFICE OF SCOTT A. SLOMIAK

12
                                        By: /s/ Scott A. Slomiak
13                                          Scott A. Slomiak
                                            Attorneys for Defendants
14                                          TMP SSH OPERATIONS, L.L.C. and
                                            RMC MEDSTONE CAPITAL, L.P.
15

16  IT IS SO ORDERED:

17  DATED: September 30, 2015               /s/ John A. Mendez
                                            Hon. John A. Mendez
18                                          Judge of the United States District Court

19

20

21

22

23

24

25

26

27

28